UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF KIM JACKSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MODESTO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF MATTHEW BORING RE: CAL. CODE CIV. PROC. § 377.32** |

I, Matthew Boring, do declare and say:

1. I submit the following declaration concerning my status as one of Kim Jackson's successors-in-interest, pursuant to Cal. Code Civ. Proc. § 377.32.

2. Kim Jackson was born on ▇▇▇▇▇▇ 1963, in Modesto, California.

3. No proceeding is now pending in California for administration of Kim Jackson's estate.

4. I am one of Kim Jackson's successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to her interest in the action or proceeding. I am Kim Jackson's biological son.

5. No other person has a superior right to commence the action or proceeding or to be substituted for Kim Jackson in the pending action or proceeding. My status as successor-in-interest is shared with Alyssa Cabrera, Kim Jackson's biological daughter.

6. A true and correct copy of Kim Jackson's death certificate is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March _9_, 2021, at Modesto, California.

*/s/ Matthew Boring*
Matthew Boring

---

**DECLARATION OF MATTHEW BORING RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Jackson v. City of Modesto*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
# COUNTY OF STANISLAUS
MODESTO, CALIFORNIA
**1 of 2**

## CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052016202003
LOCAL REGISTRATION NUMBER: 3201650003717

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT—FIRST (Given): KIM
- 2. MIDDLE: MARIE
- 3. LAST (Family): JACKSON
- 4. DATE OF BIRTH: 1963
- 5. AGE Yrs.: 52
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: CALIFORNIA
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: DIVORCED
- 7. DATE OF DEATH: 10/08/2016
- 8. HOUR (24 Hours): 0344
- 13. EDUCATION: SOME COLLEGE
- 14/15. HISPANIC: NO
- 16. DECEDENT'S RACE: CAUCASIAN, FILIPINO
- 17. USUAL OCCUPATION: HOMEMAKER
- 18. KIND OF BUSINESS: OWN HOME
- 19. YEARS IN OCCUPATION: 24

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 1535 QUEENS AVENUE
- 21. CITY: MODESTO
- 22. COUNTY: STANISLAUS
- 23. ZIP CODE: 95355
- 24. YEARS IN COUNTY: 52
- 25. STATE: CALIFORNIA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: MATTHEW BORING, SON

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF FATHER/PARENT—FIRST: GLENN
- 32. MIDDLE: LEROY
- 33. LAST: JACKSON
- 34. BIRTH STATE: AZ
- 35. NAME OF MOTHER/PARENT—FIRST: ANNA
- 36. MIDDLE: GERMAINE
- 37. LAST (BIRTH NAME): CADALBERT
- 38. BIRTH STATE: MN

**FUNERAL DIRECTOR / LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 10/17/2016
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE OF MATTHEW BORING
- 41. TYPE OF DISPOSITION(S): CR/RES
- 42. SIGNATURE OF EMBALMER: SCOTT ATHERTON
- 43. LICENSE NUMBER: EMB6651
- 44. NAME OF FUNERAL ESTABLISHMENT: TURLOCK FUNERAL HOME
- 45. LICENSE NUMBER: FD 1843
- 46. SIGNATURE OF LOCAL REGISTRAR: JOHN WALKER, MD
- 47. DATE: 10/17/2016

**PLACE OF DEATH**
- 101. PLACE OF DEATH: MEMORIAL MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: ER/OP
- 104. COUNTY: STANISLAUS
- 105. FACILITY ADDRESS: 1700 COFFEE ROAD
- 106. CITY: MODESTO

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: PENDING INVESTIGATION
- 108. DEATH REPORTED TO CORONER?: YES — C16002113
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES

- 113. WAS OPERATION PERFORMED: -
- 119A. IF FEMALE, PREGNANT IN LAST YEAR?: UNK

**PHYSICIAN'S CERTIFICATION** (blank)

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: Pending Investigation
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: KAMILA SULKOWSKI
- 127. DATE: 10/13/2016
- 128. TYPE NAME, TITLE: KAMILA SULKOWSKI, DEPUTY CORONER

*010001003369358*



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF STANISLAUS

DONNA LINDER, CLERK-RECORDER
STANISLAUS COUNTY, CALIFORNIA

50-687809

DATE ISSUED: JAN 29 2021
BY: Nicole Bailey, Deputy

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder. This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk-Recorder.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF STANISLAUS
MODESTO, CALIFORNIA

**2 of 2**

### PHYSICIAN/CORONER'S AMENDMENT

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052016202003
LOCAL REGISTRATION NUMBER: 3201650003717
1.1

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| KIM | MARIE | JACKSON | F |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 10/08/2016 | MODESTO | STANISLAUS |

### PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING INVESTIGATION | BLOOD LOSS DUE TO SHOTGUN WOUND TO THE BACK AND GUNSHOT WOUND TO THE CHEST. |
| 107AT | - | MINUTES |
| 112 | -- | NONE |
| 113 | - | NO |
| 119 | PENDING INVESTIGATION | HOMICIDE |
| 120 |  | NO |
| 121 |  | 10/08/2016 |
| 122 |  | 0344 |
| 123 |  | HOME |
| 124 |  | SHOT MULTIPLE TIMES BY POLICE OFFICERS |
| 125 |  | 1535 QUEENS AVE., MODESTO, CA 95355 |

DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ TALEA MARTIN | 11/21/2016 | DEPUTY CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 921 OAKDALE ROAD | MODESTO | CA | 95355 |

STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS | 03/20/2017 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
*020101003401199*
FORM VS 24Aa (REV. 1/08)
1.1

CASTANIS02

---

*Donna Linder*
**DONNA LINDER, CLERK-RECORDER**
STANISLAUS COUNTY, CALIFORNIA

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF STANISLAUS


50-687808

DATE ISSUED: **JAN 2 9 2021**

BY: *Nicole Bailey*
Deputy



This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder. This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk-Recorder.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**