UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ESTATE OF KIM JACKSON, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF ALYSSA CABRERA RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| CITY OF MODESTO, et al., | |
| Defendants. | |

I, Alyssa Cabrera, do declare and say:

1. I submit the following declaration concerning my status as one of Kim Jackson's successors-in-interest, pursuant to Cal. Code Civ. Proc. § 377.32.

2. Kim Jackson was born on ███████ 1963, in Modesto, California.

3. No proceeding is now pending in California for administration of Kim Jackson's estate.

4. I am one of Kim Jackson's successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to her interest in the action or proceeding. I am Kim Jackson's biological daughter.

5. No other person has a superior right to commence the action or proceeding or to be substituted for Kim Jackson in the pending action or proceeding. My status as successor-in-interest is shared with Matthew Boring, Kim Jackson's biological son.

6. A true and correct copy of Kim Jackson's death certificate is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 10, 2021, at Ceres, California.



Alyssa Cabrera

---

**DECLARATION OF ALYSSA CABRERA RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Jackson v. City of Modesto*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA
# COUNTY OF STANISLAUS
MODESTO, CALIFORNIA
**1 of 2**

## CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052016202003  
LOCAL REGISTRATION NUMBER: 3201650003717

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | KIM |
| 2. MIDDLE | MARIE |
| 3. LAST (Family) | JACKSON |
| 4. DATE OF BIRTH | 1963 |
| 5. AGE Yrs. | 52 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | CALIFORNIA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | DIVORCED |
| 7. DATE OF DEATH | 10/08/2016 |
| 8. HOUR | 0344 |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. HISPANIC/LATINO | NO |
| 16. DECEDENT'S RACE | CAUCASIAN, FILIPINO |
| 17. USUAL OCCUPATION | HOMEMAKER |
| 18. KIND OF BUSINESS OR INDUSTRY | OWN HOME |
| 19. YEARS IN OCCUPATION | 24 |
| 20. DECEDENT'S RESIDENCE | 1535 QUEENS AVENUE |
| 21. CITY | MODESTO |
| 22. COUNTY/PROVINCE | STANISLAUS |
| 23. ZIP CODE | 95355 |
| 24. YEARS IN COUNTY | 52 |
| 25. STATE/FOREIGN COUNTRY | CALIFORNIA |
| 26. INFORMANT'S NAME, RELATIONSHIP | MATTHEW BORING, SON |
| 31. NAME OF FATHER/PARENT—FIRST | GLENN |
| 32. MIDDLE | LEROY |
| 33. LAST | JACKSON |
| 34. BIRTH STATE | AZ |
| 35. NAME OF MOTHER/PARENT—FIRST | ANNA |
| 36. MIDDLE | GERMAINE |
| 37. LAST (BIRTH NAME) | CADALBERT |
| 38. BIRTH STATE | MN |
| 39. DISPOSITION DATE | 10/17/2016 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF MATTHEW BORING |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | SCOTT ATHERTON |
| 43. LICENSE NUMBER | EMB6651 |
| 44. NAME OF FUNERAL ESTABLISHMENT | TURLOCK FUNERAL HOME |
| 45. LICENSE NUMBER | FD 1843 |
| 46. SIGNATURE OF LOCAL REGISTRAR | JOHN WALKER, MD |
| 47. DATE | 10/17/2016 |
| 101. PLACE OF DEATH | MEMORIAL MEDICAL CENTER |
| 102. IF HOSPITAL | ER/OP |
| 104. COUNTY | STANISLAUS |
| 105. FACILITY ADDRESS | 1700 COFFEE ROAD |
| 106. CITY | MODESTO |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING INVESTIGATION |
| 108. DEATH REPORTED TO CORONER? | YES — C16002113 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 119A. IF FEMALE, PREGNANT IN LAST YEAR? | UNK |
| 119. MANNER OF DEATH | Pending investigation |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | KAMILA SULKOWSKI |
| 127. DATE | 10/13/2016 |
| 128. TYPE NAME, TITLE | KAMILA SULKOWSKI, DEPUTY CORONER |

*010001003369358*

---



**CERTIFIED COPY OF VITAL RECORDS**  
STATE OF CALIFORNIA, COUNTY OF STANISLAUS

DONNA LINDER, CLERK-RECORDER  
STANISLAUS COUNTY, CALIFORNIA

50-687809

DATE ISSUED  JAN 2 9 2021     BY _Nicole Bailey_  
Deputy

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder. This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF STANISLAUS
MODESTO, CALIFORNIA

**2 of 2**

### PHYSICIAN/CORONER'S AMENDMENT
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052016202003
LOCAL REGISTRATION NUMBER: 3201650003717

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| KIM | MARIE | JACKSON | F |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 10/08/2016 | MODESTO | STANISLAUS |

### PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING INVESTIGATION | BLOOD LOSS DUE TO SHOTGUN WOUND TO THE BACK AND GUNSHOT WOUND TO THE CHEST. |
| 107AT | - | MINUTES |
| 112 | -- | NONE |
| 113 | - | NO |
| 119 | PENDING INVESTIGATION | HOMICIDE |
| 120 | | NO |
| 121 | | 10/08/2016 |
| 122 | | 0344 |
| 123 | | HOME |
| 124 | | SHOT MULTIPLE TIMES BY POLICE OFFICERS |
| 125 | | 1535 QUEENS AVE., MODESTO, CA 95355 |

### DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ TALEA MARTIN | 11/21/2016 | DEPUTY CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 921 OAKDALE ROAD | MODESTO | CA | 95355 |

### STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS | 03/20/2017 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*020101003401199*

FORM VS 24Aa (REV. 1/08)

1.1

---

**DONNA LINDER, CLERK-RECORDER**
STANISLAUS COUNTY, CALIFORNIA

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF STANISLAUS



50-687808

DATE ISSUED: JAN 2 9 2021

BY: Nicole Bailey, Deputy

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Stanislaus County Clerk-Recorder. This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk-Recorder.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE