**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ESTATE OF KIM JACKSON, MATTHEW BORING, ALYSSA CABRERA, GLENN JACKSON, and ANNA JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, GALEN CARROLL, ALEX BETTIS, JOSEPH LAMANTIA, and MICHAEL CALLAHAN,<br><br>Defendants. | Case No. 1:21-cv-00415-AWI-EPG<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANTS CITY OF MODESTO, MODESTO POLICE DEPARTEMNT, GALEN CARROLL, ALEX BETTIS and MICHAEL CALLAHAN TO RESPOND TO COMPLAINT; ORDER**<br><br>(ECF No. 5) |

**STIPULATION**

The Estate of Kim Jackson, Matthew Boring, Alyssa Cabrera, Glenn Jackson, and Anna Jackson ("Plaintiffs"), and Defendants the City of Modesto, Modesto Police Department, Galen Carroll, Alex Bettis and Michael Callahan (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. The Parties are the only parties that have appeared in this action to date.

2. Plaintiffs filed their Complaint on March 15, 2021 and the City of Modesto was served with a copy of the Summons and Complaint on March 30, 2021.

3. Currently, the City of Modesto's deadline to file a response to the Complaint is April 20, 2021.

4. Counsel for the City of Modesto has agreed to accept service of process for defendants Galen Carroll, Alex Bettis and Michael Callahan.

5. On April 14 2021, the Rivera Hewitt Paul LLP was retained to represent and defend the City of Modesto in this matter. In order to give the City of Modesto's retained outside litigation counsel for this case an opportunity to prepare a response to the Complaint, the Parties have agreed to extend the deadline for the City of Modesto, Modesto Police Department, Galen Carroll, Alex Bettis and Michael Callahan to file a response to the Complaint by sixty (60) days.

IT IS HEREBY STIPULATED and agreed by and among the Parties hereto, through their undersigned attorneys of record, as follows:

1. The Parties agree that the date for City of Modesto, Modesto Police Department, Galen Carroll, Alex Bettis and Michael Callahan to file their response to Plaintiffs Complaint shall be continued 60 days to **June 21, 2021**.

IT IS SO STIPULATED.

1 | DATED:  April 15, 2021         Respectfully submitted,

2                                  LAW OFFICE OF MARK E. MERIN

3

4                                  By:  /s/ Mark E. Merin (as authorized on 4/15/2021)
                                        MARK E. MERIN
5                                       Attorneys for Plaintiffs
                                        ESTATE OF KIM JACKSON, MATTHEW
6                                       BORING, ALYSSA CABRERA, GLENN
                                        JACKSON, and ANNA JACKSON
7

8 | DATED:  April 16, 2021         RIVERA HEWITT PAUL LLP

9

10                                 By:  /s/ Jonathan B. Paul
                                        JONATHAN B. PAUL
11                                      Attorneys for Defendants
                                        CITY OF MODESTO, MODESTO POLICE
12                                      DEPARTMENT, GALEN CARROLL, ALEX
                                        BETTIS and MICHAEL CALLAHAN.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**ORDER**

On April 16, 2021, the parties filed a stipulation to extend the time to file a response to the complaint. (ECF No. 5). The Court finds good cause to approve the stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants City of Modesto, Modesto Police Department, Galen Carroll, Alex Bettis and Michael Callahan to file their response to Plaintiffs' Complaint is **June 21, 2021**.  The Court further continues the Initial Scheduling Conference currently set for June 15, 2021, to **August 2, 2021, at 10:00 am**.  For telephonic participation, each party is directed to use the following dial-in number and passcode: Dial-in Number 1-888-251-2909; Passcode 1024453.   If **all** parties wish to appear by Zoom videoconference, they shall email courtroom deputy Michelle Rooney (mrooney@caed.uscourts.gov) no later than **two court days** before the hearing to arrange for video participation.  The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **April 19, 2021**               /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE