Jonathan B. Paul (SBN 215884)
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com

Attorneys for Defendants
CITY OF MODESTO and GALEN CARROLL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT, FRESNO DIVISION

| | |
|---|---|
| ESTATE OF KIM JACKSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants. | Case No. 1:21-cv-00415-AWI-EPG<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT CITY OF MODESTO TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET TWO, AND REQUEST FOR PRODUCTION, SET TWO; ORDER**<br><br>**(ECF No. 64)** |

## STIPULATION

Pursuant to Local Rule 144(a), Plaintiffs Estate of Kim Jackson, Matthew Boring, Alyssa Cabrera, Glenn Jackson, and Anna Jackson and Defendants City of Modesto and Galen Carroll (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 10, 2023, Plaintiff Estate of Kim Jackson (hereinafter "Estate") served by mail to Defendant City of Modesto (hereinafter "City") Interrogatories, Set Two, and Request for Production, Set Two.

2. Plaintiffs previously granted the City a two-week extension of time to respond, to and including February 27, 2023; and thereafter an additional two-week extension of time to respond to and including March 13, 2023.

1.  3. Subject to the Court's approval under Local Rule 144(a), the Parties now agree to an additional thirty (30) day extension up to and including April 12, 2023, for the City to respond to the Plaintiffs' Interrogatories, Set Two, and Request for Production, Set Two.

IT IS SO STIPULATED.

DATED: March 9, 2023      Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

*/s/ Paul H. Masuhara*
(as authorized on March 9, 2023)
By: _____
MARK E. MERIN
PAUL H. MASUHARA
Attorneys for Plaintiffs ESTATE OF KIM JACKSON, MATTHEW BORING, ALYSSA CABRERA, GLENN JACKSON, and ANNA JACKSON

DATED:  March 9, 2023      RIVERA HEWITT PAUL LLP

*/s/ Jonathan B. Paul*

By: _____
JONATHAN B. PAUL
Attorneys for Defendants CITY OF MODESTO and GALEN CARROLL

**ORDER**

Upon consideration of the stipulation (ECF No. 64), and good cause appearing, IT IS ORDERED that the deadline for Defendant City of Modesto to file its response to Plaintiff Estate of Kim Jackson's Interrogatories, Set Two, and Request for Production, Set Two, is further extended to April 12, 2023.

IT IS SO ORDERED.

Dated: __March 13, 2023__        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE