1  Jonathan B. Paul (SBN 215884)
   **RIVERA HEWITT PAUL LLP**
2  11341 Gold Express Drive, Suite 160
   Gold River, CA 95670
3  T: (916) 922-1200
   F: (916) 922-1303
4  E: jpaul@rhplawyers.com

5  Attorneys for Defendants CITY OF
   MODESTO and GALEN CARROLL
6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT, FRESNO DIVISION**

9

10  ESTATE OF KIM JACKSON, et al.,          |  Case No. 1:21-CV-00415-AWI-EPG

11        Plaintiffs,                        |  **STIPULATION TO EXTEND DATE FOR**
                                             |  **DEFENDANT CITY OF MODESTO TO**
12  v.                                       |  **RESPOND TO PLAINTIFF'S**
                                             |  **INTERROGATORIES, SET TWO; ORDER**
13  CITY OF MODESTO, et al.,                 |
                                             |  **(ECF No. 70)**
14        Defendants.

15

16                            **STIPULATION**

17        Pursuant to Local Rule 144(a), Plaintiff Estate of Kim Jackson, Matthew Boring, Alyssa

18  Cabrera, Glenn Jackson, and Anna Jackson and Defendants City of Modesto and Galen Carroll

19  (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as

20  follows:

21        1.    On January 10, 2023, Plaintiff Estate of Kim Jackson (hereinafter "Estate") served by

22  mail to Defendant City of Modesto (hereinafter "City") Interrogatories, Set Two.

23        2.    Plaintiffs previously granted the City a two-week extension of time to respond, to and

24  including February 27, 2023; and thereafter an additional two-week extension of time to respond, to

25  and including March 13, 2023.

26        3.    On March 13, 2023, the Parties stipulated and the Court ordered the deadline for the

27  City to respond to Estate's Interrogatories, Set Two, further extended to April 12, 2023, in accordance

28  with Local Rule 144(a).

1    4.    Subject to the Court's approval under Local Rule 144(a), the Parties now agree to an

2    additional 45-day extension of time, up to and including **May 29, 2023**, for the City to respond to

3    Plaintiffs' Interrogatories, Set Two.

4    IT IS SO STIPULATED.

5    DATED: April 12, 2023                              Respectfully submitted,

6                                                       **LAW OFFICE OF MARK E. MERIN**

7                                                       */s/Mark E. Merin*
                                                        (As Authorized on 4/12/23)

8                                                       By: _____
                                                            MARK E. MERIN

9                                                       Attorneys for Plaintiffs ESTATE OF KIM
                                                        JACKSON, MATTHEW BORING, ALYSSA

10                                                      CABRERA, GLENN JACKSON, and ANNA

11                                                      JACKSON

12

13   DATED:  April 12, 2023                             **RIVERA HEWITT PAUL LLP**

14                                                      */s/Jonathan B. Paul*

15                                                      By: _____
                                                            JONATHAN B. PAUL

16                                                      Attorneys for Defendants CITY OF
                                                        MODESTO and GALEN CARROLL

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

Based on the parties' stipulation (ECF No. 70), IT IS ORDERED that the deadline for

Defendant City of Modesto to file its response to Plaintiff Estate of Kim Jackson's Interrogatories,

Set Two, is extended to **May 29, 2023**.

IT IS SO ORDERED.

Dated:   **April 13, 2023**                                /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE