Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
            paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF KIM JACKSON,
MATTHEW BORING, ALYSSA CABRERA,
GLENN JACKSON, and ANNA JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF KIM JACKSON, MATTHEW BORING, ALYSSA CABRERA, GLENN JACKSON, and ANNA JACKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO and GALEN CARROLL,<br><br>Defendants. | Case No. 1:21-cv-00415-JAM-KJN<br><br>**PLAINTIFFS' NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)** |

Plaintiffs Estate of Kim Jackson, Matthew Boring, Alyssa Cabrera, Glenn Jackson, and Anna Jackson (collectively, "Plaintiffs") hereby request that the assigned Magistrate Judge participate in a settlement conference in this action and hereby waive any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

Dated: September 15, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

By: _____
     Mark E. Merin
     Paul H. Masuhara
     Attorneys for Plaintiffs

1