JONATHAN B. PAUL (SBN 215884)
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
jpaul@rhplawyers.com

Attorneys for Defendants
CITY OF MODESTO
and GALEN CARROLL

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF KIM JACKSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MODESTO, et al., <br><br> Defendants. | Case No. 1:21-cv-00415-JAM-KJN <br><br> **DEFENDANTS' NOTICE OF WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)** |

Defendants City of Modesto and Galen Carroll hereby request that the assigned Magistrate Judge, Kendell J. Newman, participate in a settlement conference in this action and hereby waive any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

DATED: October 9, 2023          RIVERA HEWITT PAUL LLP

                                                        */s/ Jonathan B. Paul*

                                                        _____
                                                        JONATHAN B. PAUL
                                                        CHRISTOPHER L. JANOF
                                                        Attorneys for Defendants
                                                        CITY OF MODESTO and GALEN CARROLL